# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00618-CV

**Appellant, New Braunfels Aero Service, Inc.// Cross-Appellant,
City of New Braunfels, Texas**

**v.**

**Appellee, City of New Braunfels, Texas // Cross-Appellee,
New Braunfels Aero Service, Inc.**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT
### NO. C2003-0468C, HONORABLE RONALD G. CARR, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant/cross-appellee New Braunfels Aero Service, Inc., and appellee/cross-appellant City of New Braunfels, are negotiating a settlement agreement and have filed a joint motion to temporarily stay this appeal. We grant the motion and abate this appeal until further order of this Court.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Henson

Abated

Filed: July 17, 2007